1  JACKSON LEWIS LLP
   MICHAEL J. CHRISTIAN (SBN 173727)
2  ALISON CUBRE (SBN 257834)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141
   christim@jacksonlewis.com
5
   Attorneys for Defendant
6  SSI VENTURE LLC

7  LAW OFFICE OF G. MARTIN VELEZ
   G. MARTIN VELEZ (SBN 168315)
8  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
9  Tel: (415) 342-4125
   Fax: (415) 532-2492
10 martinvelez@comcast.net

11 Attorneys for Plaintiff
   ANTHONY SEAN McWEENEY
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| ANTHONY SEAN MCWEENEY, | Case No. C11 04836 JCS |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| SSI VENTURE LLC, and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: July 12, 2011<br>Trial Date: None Set |

1

STIPULATION FOR DISMISSAL

McWeeney v. SSI Venture LLC
USDC-Northern, Case No. C11-04836 JCS

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff ANTHONY SEAN McWEENEY and SSI VENTURE, LLC, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Respectfully submitted,

Date: January 24, 2012         JACKSON LEWIS LLP


                                By /s/ *Michael J. Christian*
                                   MICHAEL J. CHRISTIAN
                                   ALISON CUBRE

                                Attorneys for Defendant
                                SSI VENTURE LLC

Date: January 24, 2012         LAW OFFICE OF G. MARTIN VELEZ


                                By /s/ *G. Martin Velez authorized on 1/24/12*
                                   G. MARTIN VELEZ

                                Attorneys for Plaintiff
                                ANTHONY SEAN McWEENEY


**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: Jan. 24, 2012

_____
Joseph C. Spero
U.S. Magistrate Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]