| | |
|---|---|
| 1 | JACKSON LEWIS LLP |
| | MICHAEL J. CHRISTIAN (SBN 173727) |
| 2 | ALISON CUBRE (SBN 257834) |
| | 801 K Street, Suite 2300 |
| 3 | Sacramento, California  95814 |
| | Telephone:  (916) 341-0404 |
| 4 | Facsimile:  (916) 341-0141 |
| | christim@jacksonlewis.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | SSI VENTURE LLC |

LAW OFFICE OF G. MARTIN VELEZ
G. MARTIN VELEZ (SBN 168315)
4040 Civic Center Drive, Suite 200
San Rafael, CA  94903
Tel:  (415) 342-4125
Fax:  (415) 532-2492
martinvelez@comcast.net

Attorneys for Plaintiff
ANTHONY SEAN McWEENEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY SEAN MCWEENEY, | Case No. C11 04836 JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| SSI VENTURE LLC, and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: July 12, 2011<br>Trial Date:          None Set |

(Note: "PROPOSED" appears with strikethrough)

1

STIPULATION FOR DISMISSAL

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff ANTHONY SEAN McWEENEY and SSI VENTURE, LLC, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Respectfully submitted,

Date: January 24, 2012              JACKSON LEWIS LLP


                                    By /s/ *Michael J. Christian*
                                        MICHAEL J. CHRISTIAN
                                        ALISON CUBRE

                                        Attorneys for Defendant
                                        SSI VENTURE LLC

Date: January 24, 2012              LAW OFFICE OF G. MARTIN VELEZ


                                    By /s/ *G. Martin Velez authorized on 1/24/12*
                                        G. MARTIN VELEZ

                                        Attorneys for Plaintiff
                                        ANTHONY SEAN McWEENEY


**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: Jan. 24, 2012                _____
                                    Joseph C. Spero
                                    U.S. MAGISTRATE JUDGE

2

STIPULATION FOR DISMISSAL                                McWeeney v. SSI Venture LLC
                                                         USDC-Northern, Case No. C11-04836 JCS